IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LONNIE MCCLENNEY, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )    Case No. 3:21-cv-429-MHL ) |
| CAPITAL ONE SERVICES, LLC, | ) ) |
| CAPITAL ONE FINANCIAL CORPORATION, | ) ) |
| and | ) ) |
| CAPITAL ONE, NATIONAL ASSOCIATION, | ) ) |
| Defendants. | ) ) |

**JOINT MOTION FOR SETTLEMENT APPROVAL**

Plaintiff Lonnie McClenney and Defendants Capital One Services, LLC, Capital One Financial Corporation, and Capital One, National Association, by their respective counsel, jointly request that the Court approve the Parties' settlement of claims by Plaintiff arising under the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* The Parties' Settlement Agreement and Release (the "Agreement"), concerning the FLSA claims is attached hereto as Exhibit A. Both Parties agree the Agreement is fair and proper based on factors described in further detail in the attached memorandum in support of this motion. Moreover, all claims asserted in this action were resolved with assistance and oversight of U.S. Magistrate Elizabeth W. Hanes.

For these reasons and for those stated in the accompanying memorandum, the Parties respectfully request that this Court enter the attached proposed Order approving the negotiated

Agreement as fair, reasonable, and adequate and dismissing this entire action with prejudice. The Parties will dispense with a hearing on this motion if the Court finds that the briefing is sufficient.

Respectfully submitted,

LONNIE MCCLENNEY
*PLAINTIFF*

By: */s/ Craig Juraj Curwood (with permission)*
Craig Juraj Curwood (VSB #43975)
Harris Dewey Butler, III (VSB # 26483)
Paul Mark Falabella (VSB #81199)
Zev Hillel Antell (VSB #74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
(804) 648-4848
(804) 237-0413 (facsimile)
craig@butlercurwood.com
harris@butlercurwood.com
paul@butlercurwood.com
zev@butlercurwood.com
*Counsel for Plaintiff*

CAPITAL ONE SERVICES, LLC,
CAPITAL ONE FINANCIAL CORPORATION and
CAPITAL ONE, NATIONAL ASSOCIATION
*DEFENDANTS*

By: */s/ Summer L. Speight*
Rodney A. Satterwhite (VSB #32907)
Christopher M. Michalik (VSB #47817)
Igor M. Babichenko (VSB #78255)
Summer L. Speight (VSB #80957)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1000
(804) 775-1061 (Facsimile)
rsatterwhite@mcguirewoods.com
cmichalik@mcguirewoods.com
ibabichenko@mcguirewoods.com

sspeight@mcguirewoods.com
*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2021, I electronically filed the foregoing using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: /s/ Summer L. Speight
Summer L. Speight (VSB #80957)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(804) 775-1000
(804) 775-1061 (Facsimile)
sspeight@mcguirewoods.com
*Counsel for Defendants*