

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LONNIE MCCLENNEY,

    Plaintiff,

v.                                    Civil Action No. 3:21cv429

CAPITAL ONE SERVICES, LLC, *et al.*,

    Defendants.

## ORDER APPROVING SETTLEMENT

This matter comes before the Court on the parties' Renewed Joint Motion for Settlement Approval (the "Motion"). (ECF No. 8.) Having reviewed the Settlement Agreement and Release (the "Agreement"), (ECF No. 8-1), and the Amendment to Settlement Agreement and Release (the "Amendment"), (ECF No. 8-2), and for the reasons stated in the parties' submissions, the Court approves the parties' settlement as a fair and reasonable resolution of a *bona fide* dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), in that:

The Court finds that the extent of discovery that has taken place supports a finding that the Settlement is a "reasonable compromise." *Patel v. Barot*, 15 F. Supp. 3d 648, 655–56 (E.D. Va. 2014).

The Court finds that the stage of the proceedings, including the complexity, expense, and likely duration of the litigation, lends to a finding that the Settlement is a "reasonable compromise." *Id.*

The Court finds that the absence of fraud or collusion in the Settlement supports a finding that the Settlement is a "reasonable compromise." *Id.*

The Court finds that the experience of counsel who have represented Plaintiff lends to a

finding that the Settlement is a "reasonable compromise." *Id.*

The Court finds that the probability of Plaintiff's success on the merits also lends support to a finding that the Settlement is a "reasonable compromise." *Id.*

The Court finds that the amount of the Settlement makes for a "reasonable compromise" in relation to Plaintiff's potential recovery. *Id.*

Moreover, all claims asserted in this action were resolved with the assistance and oversight of United States Magistrate Judge Elizabeth W. Hanes.

Accordingly, the Court GRANTS the Motion, (ECF No. 8), and it is ORDERED that the Agreement and Amendment reached by the parties is approved and shall take effect. It is further ORDERED that this action is DISMISSED WITH PREJUDICE except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). The parties' original Joint Motion for Settlement Approval is DENIED AS MOOT. (ECF No. 4.)

It is SO ORDERED.

Date: November 8, 2021
Richmond, Virginia

/s/ REP
Robert E. Payne
United States District Judge